

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 1 8 2020

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

UNITED STATES OF AMERICA      §
                                §
   Plaintiff,                 §
                                §
v.                               §     2:19-CR-00065-Z-BR-(2)
                                §
MELISSA LYNN DIETRICH      §
                                §
   Defendant.              §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On August 3, 2020, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Melissa Lynn Dietrich filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement— and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Melissa Lynn Dietrich was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Melissa Lynn Dietrich; and ADJUDGES Defendant Melissa Lynn Dietrich guilty of Count Three in violation of 18 U.S.C. § 4. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, August _18_, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE